# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISTION TRUST 2007-CH4, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-CH4, | ) ) ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 2:16-cv-19 |
| JACEQUELINE R. BIRCHFIELD, DONALD BIRCHFIELD, CHASE BANK USA, N.A., EASTMAN CREDIT UNION, AND INTERNAL REVENUE SERVICE, AN AGENCY OF THE UNITED STATES OF AMERICA, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL OF A CIVIL ACTION

The United States of America, by and through Nancy Stallard Harr, Acting United States Attorney for the Eastern District of Tennessee, pursuant to 28 U.S.C. § 1444, hereby files this notice of removal of a civil action from the Chancery Court for Sullivan County, at Blountville, Tennessee, where said action is now pending, to the United States District Court for the Eastern District of Tennessee at Greeneville. In support of this Notice of Removal, the United States declares as follows:

1. Plaintiff filed its Civil Action in Case No. 15-CV-18100 in the Chancery Court for Sullivan County, at Blountville, Tennessee, on or about November 18, 2015. A copy of the Complaint and other pleadings is attached and made a part of this Notice as Exhibit 1.

2. On or about January 8, 2016, a copy of the Complaint was delivered to the United States Attorney's Office in Knoxville, Tennessee.

3. Plaintiff's Complaint purports to state a claim to quiet title under 28 U.S.C. § 2410 and other relief.

4. This action is removed pursuant to 28 U.S.C. § 1444.

WHEREFORE, this action now pending in the Chancery Court for Sullivan County, at Blountville, Tennessee, is properly removed to the United States District Court for the Eastern District of Tennessee at Greeneville.

Dated this 5th day of February, 2016.

        Respectfully submitted,

        NANCY STALLARD HARR
        Acting United States Attorney

By:   /s/ M. Kent Anderson
      M. KENT ANDERSON (BPR #004199)
      Assistant United States Attorney
      1110 Market Street, Suite 515
      Chattanooga, TN  37402
      Kent.Anderson@usdoj.gov
      (423) 752-5140

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 5, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system. Specifically, this document was sent to via First Class Mail complete with adequate postage, addressed to the following:

Joshua R. Hopkins, Esq.
Attorney for Plaintiff
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092

Mark S. Dugger, Esq.
Dugger & Cole
Attorney for Defendants Jacqueline Birchfield and Donald Birchfield
625 East Elk Avenue
Elizabethton, TN 37643

Chase Bank USA, N.A.
c/o TN Secretary of State
312 Rosa L. Parks Avenue, 6th Floor
Nashville, TN 37243

Chase Bank USA
Route 273, White Clay Corker
Bldg. 200
Newark, DE 19711

Melanie M. Lamb, Esq.
Wilson Worley PC
Attorney for Defendant Eastman Credit Union
2021 Meadowview Lane, 2nd Floor
P.O. Box 88
Kingsport, TN 37662

                          */s/M. Kent Anderson*
                          M. KENT ANDERSON
                          Assistant United States Attorney