US DISTRICT COURT - EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | ) ) |
| Plaintiff, | ) ) ) No. 2:16-CV-00019-TAV-MCLC |
| v. | ) ) |
| JACQUELINE R. BIRCHFIELD, DONALD BIRCHFIELD, EASTMAN CREDIT UNION, INTERNAL REVENUE SERVICE, and CHASE BANK USA, N.A. | ) ) ) ) ) ) |
| Defendants. | ) |

___

**DEFENDANT EASTMAN CREDIT UNION'S
CORPORATE DISCLOSURE STATEMENT**
___

I, the undersigned counsel of record for Eastman Credit Union, file this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and do hereby certify that Eastman Credit Union has no parent corporation or publicly held corporation owning 10% or more of its stock.

RESPECTFULLY SUBMITTED,

By:*/s/Rebecca J. Ketchie*
    Rebecca J. Ketchie (B.P.R. #030785)
    Wilson Worley PC
    P.O. Box 88
    Kingsport, TN 37662
    (423) 723-0400 (Phone)
    (423) 723-0429 (Fax)
    rketchie@wilsonworley.com
    Additional Counsel for Eastman Credit Union

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 8, 2016, the foregoing Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties, if any, have been served by hand delivery, overnight delivery, facsimile transmission, or by mailing a copy of same by U.S. Mail, postage prepaid. Specifically, this document was sent to via First Class Mail complete with adequate postage, addressed to the following:

> Joshua R. Hopkins, Esq.
> Attorney for Plaintiff
> 3740 Davinci Court, Suite 150
> Peachtree Corners, GA 30092
>
> Chase Bank USA, N.A.
> c/o TN Secretary of State
> 312 Rosa L. Parks Avenue, 6th Floor
> Nashville, TN 37243
>
> Chase Bank USA
> Route 273, White Clay Corker
> Bldg. 200
> Newark, DE 19711

> _/s/ Rebecca J. Ketchie_
> Rebecca J. Ketchie